## JOURNAL ENTRIES

Case no. **04 CVF 01704**

| TITLE OF CASE | ATTORNEYS |
|---|---|
| CITIBANK (SOUTH DAKOTA) NA<br>7930 NW 110th Street<br>Kansas City, MO  64153<br><br>VS<br><br>LEE V FIELDS JR<br>3921 Faversham Rd<br>University Hts., Ohio  44118 | **For Plaintiff:**<br>THERESA A FORTUNATO<br>323 W. Lakeside Ave., Ste 200<br>Cleveland, Ohio  44113-1099<br>(216) 739-5080<br><br>**For Defendant:** |

| DATE | JOURNAL ENTRIES |
|---|---|
| 6/28/05 | ORDER<br>Upon notice that defendant Lee V. Fields, Jr., has filed bankruptcy proceedings in the United States Bankruptcy Court for the Northern District of Ohio, Case No. 05-18872-rb, IT IS HEREBY ORDERED that, pursuant to the automatic stay provisions of Title 11, U.S.C., Section 362, all further proceedings herein against said defendant are stayed pending further orders of the United States Bankruptcy Court<br><br>Journalized 6-30-05<br>Mailed to PA-BA<br>Clerk of Court<br>By Deputy Clerk |

(Court # 29)