**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: 05-18872 BAX Judge: RANDOLPH BAXTER | Trustee Name: LAUREN A. HELBLING |
| Case Name: FIELDS, LEE VONE JR. | Date Filed (f) or Converted (c): 06/20/05 (f) |
| | 341(a) Meeting Date: 07/25/05 |
| For Period Ending: 08/10/05 | Claims Bar Date: Applied for |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate - 3921 Favrsham Rd., Cleveland Hts. | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 2. BANK ACCOUNT | 40.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. LIFE INSURANCE (Term) | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 6. retirement/pension | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Automobile - 1999 Mazda 626 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8. PERSONAL INJURY CLAIMS (u)  Slip and fall. | 0.00 | 1.00 | | 0.00 | 1.00 |
| 9. Preference Claim (u)  CCO Mortgage Corp. | 0.00 | 1.00 | | 0.00 | 1.00 |

TOTALS (Excluding Unknown Values)  $ 263,540.00   $ 2.00   $ 0.00   Gross Value of Remaining Assets $2.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/25/06    Current Projected Date of Final Report (TFR): 07/25/06

LFORM1

Ver: 10.51

05-18872-rb    Doc 7    FILED 08/10/05    ENTERED 08/10/05 12:47:52    Page 1 of 2

| | | | |
|---|---|---|---|
| Case No: | 05-18872    BAX   Judge: RANDOLPH BAXTER | Trustee Name: | LAUREN A. HELBLING |
| Case Name: | FIELDS, LEE VONE JR. | Date Filed (f) or Converted (c): | 06/20/05 (f) |
| | | 341(a) Meeting Date: | 07/25/05 |
| | | Claims Bar Date: | Applied for |

/s/   LAUREN A. HELBLING
_____ Date: 08/10/05
LAUREN A. HELBLING