UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-18872-BAX |
| | ) | |
| FIELDS, LEE VONE JR. | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge: BAXTER |

REPORT OF TRUSTEE IN NO-ASSET CASE

    LAUREN A. HELBLING, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made diligent inquiry into the financial affairs of the debtor(s) and the location of property belonging to the estate; and that there is no property over and above that exempted by law.

    Previously reported assets were not recoverable due to the fact that costs of administration and exemptions available to debtor exceed the value of the claim.

    Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered.

    I request that this report be approved and that I be discharged from any further duties as trustee.


Date: September 27, 2005        /s/ Lauren A. Helbling
                                        LAUREN A. HELBLING, TRUSTEE

{x}No Bank Account Opened
{ }Bank Account Opened - Canceled checks & Bank statements attached